IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

IN RE:  ZIMMER NEXGEN KNEE
IMPLANT PRODUCTS LIABILITY
LITIGATION

MDL No. 2272

APPROVED FORM OF
SHORT FORM COMPLAINT

JURY TRIAL DEMAND

---

This applies to:

Ezra C. Calloway, Sr.,

        Plaintiff,

vs.

Zimmer, Inc., Zimmer Holdings, Inc., and
Zimmer Orthopaedic Surgical Products, Inc.,

        Defendants.

---

**APPROVED SHORT FORM COMPLAINT FOR
ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION**

Plaintiff incorporates by reference Plaintiffs' Master Long Form Complaint in In Re: Zimmer NexGen Knee Implant Products Liability Litigation, MDL 2272, filed as of January 12, 2012, as Document Number 211 (attached hereto as Exhibit A).  Pursuant to a Stipulated Order of the PSC in MDL 2272 and Counsel for Defendants, the following Short Form Complaint is approved for use in this action. Where Plaintiff's Complaint was previously transferred into MDL 2272, this Short Form Complaint and the incorporated Master Long Form Complaint shall serve as an amended Complaint.

Plaintiff selects and indicates by checking off the appropriate spaces, those products and claims that are specific to his case.  Where certain claims require specific pleadings or case-specific facts and individual information, Plaintiff shall add and include them herein.

1. Plaintiff, Ezra C. Calloway Sr., states and brings this civil action before the Court for the United States District Court for the Northern District of Illinois as a related action in the matter entitled <u>IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION</u>, MDL No. 2272.  Plaintiff is filing this short form complaint as permitted and approved by Order of the MDL 2272 Court, and adopts and incorporates by reference those allegations in the Plaintiffs' Master Long Form Complaint and any and all amendments thereto.

2. This action is brought pursuant to 28 U.S.C. §1332, as diversity of citizenship exists among and between the parties.

3. Venue is proper in the District of Columbia under 28 U.S.C. §1391 as Defendants named herein do business within this district.

4. Plaintiff Ezra C. Calloway, Sr. is a resident and citizen of the District of Columbia and claims damages as set forth below.

5. Plaintiff was born on xx/xx/1951.

## ALLEGATIONS AS TO DEVICE(S) AND INJURIES

6. Plaintiff was implanted with a Zimmer NexGen® Knee device(s) on his left knee on or about June 21, 2011 at Georgetown University Hospital in Washington, D.C., by Dr. Mark Zawadsky.

7. Plaintiff suffered personal and economic injuries, which damages include pain, suffering, loosening of the implant and the need for further surgery, as a result of the implantation of the following Zimmer NexGen® Knee device(s),:

☒ Zimmer NexGen LPS-Flex
☐ Zimmer NexGen CR-Flex
☐ Zimmer NexGen GSF LPS-Flex
☐ Zimmer NexGen GSF CR-Flex

☐ Zimmer NexGen MIS Tibia

8. Plaintiff underwent revision surgery with respect to the defective Zimmer NexGen® Knee device(s) on or about May 28, 2013, at Georgetown University Hospital in Washington, D.C., by Dr. Mark Zawadsky.

9. Plaintiff has suffered injuries as a result of implantation and revision/explantation of the Zimmer NexGen® Knee device(s) manufactured by Defendants as described in the forthcoming Plaintiff's Fact Sheet and other responsive documents in discovery provided to the Defendants and/or obtained by the Defendants through Plaintiff's authorization and are incorporated by reference herein.

10. At the time of implantation with the Zimmer NexGen® Knee device(s), the Plaintiff resided at 3109 MLK Jr Avenue SE, Washington, D.C.

11. The Defendants by their actions or inactions, proximately caused Plaintiff's injuries.

12. Plaintiff claims damages as a result of:

☒ injury to himself

☐ injury to the person represented

☐ wrongful death

☐ survivorship action

☒ economic loss

☐ loss of services

☐ loss of consortium

13. Neither Plaintiff nor his physicians, through the exercise of reasonable diligence, could have detected the defective nature of the Zimmer NexGen® Knee device any earlier than

the evidence of loosening and/or other indication for planned revision of the defective device(s), or as the facts dictate and produced in discovery.

14. As a result of the injuries Plaintiff sustained, he is entitled to recover compensatory damages for pain and suffering and emotional distress and for economic loss as well as punitive damages.

15. Plaintiff's Zimmer NexGen® Flex Knee device bears Femoral Component catalog number 5964-17-51 and lot number 61712203; Tibial Insert catalog number 5962-50-12 and lot number 61697172; Tibial Tray catalog number 5980-57-01 and lot number 61680117; and Patella catalog number 00-5972-066-35 and lot number 61689609.

## ALLEGATIONS AS TO DEFENDANTS
## SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY

16. The following claims and allegation are asserted by Plaintiffs and are herein adopted by reference:

**COUNT I – STRICT LIABILITY DESIGN DEFECT**

- ☒ COUNT I (a) ZIMMER LPS-FLEX;
- ☐ COUNT I (b) ZIMMER CR-FLEX;
- ☐ COUNT I (c) ZIMMER GSF LPS-FLEX;
- ☐ COUNT I (d) ZIMMER GSF CR-FLEX;
- ☐ COUNT I (e) ZIMMER MIS TIBIAL COMPONENTS;

**COUNT II – STRICT LIABILITY FAILURE TO WARN**

- ☒ COUNT II (a) ZIMMER LPS-FLEX ;
- ☐ COUNT II (b) ZIMMER CR-FLEX;
- ☐ COUNT II (c) ZIMMER GSF LPS-FLEX;
- ☐ COUNT II (d) ZIMMER GSF CR-FLEX;
- ☐ COUNT II (e) ZIMMER MIS TIBIAL COMPONENTS;

**COUNT III – STRICT LIABILITY MANUFACTURING DEFECT**

☒ COUNT III (a) ZIMMER LPS-FLEX;

☐ COUNT III (b) ZIMMER CR-FLEX;

☐ COUNT III (c) ZIMMER GSF LPS-FLEX;

☐ COUNT III (d) ZIMMER GSF CR-FLEX;

☐ COUNT III (e) ZIMMER MIS TIBIAL COMPONENTS;

**COUNT IV -NEGLIGENCE**

☒ COUNT IV (a) ZIMMER LPS-FLEX;

☐ COUNT IV (b) ZIMMER CR-FLEX;

☐ COUNT IV (c) ZIMMER GSF LPS-FLEX;

☐ COUNT IV (d) ZIMMER GSF CR-FLEX;

☐ COUNT IV (e) ZIMMER MIS TIBIAL COMPONENTS;

**COUNT V – NEGLIGENT MISREPRESENTATION**

☒ COUNT V (a) ZIMMER LPS-FLEX;

☐ COUNT V (b) ZIMMER CR-FLEX;

☐ COUNT V (c) ZIMMER GSF LPS-FLEX;

☐ COUNT V (d) ZIMMER GSF CR-FLEX;

☐ COUNT V (e) ZIMMER MIS TIBIAL COMPONENTS;

**COUNT VI – EXPRESS WARRANTY**

☒ COUNT VI (a) ZIMMER LPS-FLEX;

☐ COUNT VI (b) ZIMMER CR-FLEX;

☐ COUNT VI (c) ZIMMER GSF LPS-FLEX;

☐ COUNT VI (d) ZIMMER GSF CR-FLEX;

☐ COUNT VI (e) ZIMMER MIS TIBIAL COMPONENTS;

**COUNT VI – BREACH OF EXPRESS WARRANTY**

- ☒ COUNT VI (a) ZIMMER LPS-FLEX;
- ☐ COUNT VI (b) ZIMMER CR-FLEX;
- ☐ COUNT VI (c) ZIMMER GSF LPS-FLEX;
- ☐ COUNT VI (d) ZIMMER GSF CR-FLEX;
- ☐ COUNT VI (e) ZIMMER MIS TIBIAL COMPONENTS;

**COUNT VII – BREACH OF IMPLIED WARRANTY**

- ☒ COUNT VII (a) ZIMMER LPS-FLEX;
- ☐ COUNT VII (b) ZIMMER CR-FLEX;
- ☐ COUNT VII (c) ZIMMER GSF LPS-FLEX;
- ☐ COUNT VII (d) ZIMMER GSF CR-FLEX;
- ☐ COUNT VII (e) ZIMMER MIS TIBIAL COMPONENTS;

**COUNT VIII – REDHIBITION**

- ☒ COUNT VIII (a) ZIMMER LPS-FLEX;
- ☐ COUNT VIII (b) ZIMMER CR-FLEX;
- ☐ COUNT VIII (c) ZIMMER GSF LPS-FLEX;
- ☐ COUNT VIII (d) ZIMMER GSF CR-FLEX;
- ☐ COUNT VIII (e) ZIMMER MIS TIBIAL COMPONENTS;
- ☐ COUNT IX – LOSS OF CONSORTIUM
- ☐ COUNT X – WRONGFUL DEATH
- ☐ COUNT XI - SURVIVAL ACTION
- ☒ COUNT XII – VIOLATION OF CONSUMER PROTECTION STATUTES:

    Washington D.C. applicable statute: D.C. Code Ann §§ 28-3901 *et seq.*

- ☒ COUNT XIII – UNJUST ENRICHMENT
- ☒ COUNT XIV – PUNITIVE DAMAGES

PLAINTIFF(S) ASSERTS THE FOLLOWING ADDITIONAL CAUSES OF ACTION [ATTACH ADDITIONAL PAGES AS NECESSARY]: N/A

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

1. For compensatory damages requested and according to proof;

2. For punitive or exemplary damages against Defendants;

3. For all applicable statutory damages of the state whose laws will govern this action;

4. For an award of attorney's fees and costs;

5. For prejudgment interest and the costs of suit; and

6. For such other and further relief as this Court may deem just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury as to all claims in this action.

Dated: December 6, 2013

Respectfully submitted,

FLEMING, NOLEN & JEZ, L.L.P.

/s/ Sylvia Davidow
Sylvia Davidow
DC Bar No. D00163
Karen Beyea-Schroeder
Texas Bar No. 24054324
2800 Post Oak Boulevard, Suite 4000
Houston, TX 77056-6109
Telephone: (713) 621-7944
Facsimile: (713) 621-9638
Email: sylvia_davidow@fleming-law.com
Email: karen_beyea-schroeder@fleming-law.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that on December 6, 2013, a copy of the foregoing *Plaintiff's Short Form Complaint For Zimmer Nexgen Knee Implant Products Liability Litigation* was served, pursuant to waiver of service of summons process, F.R.C.P. 4(d), upon:

Peter Meyer
BAKER & DANIELS LLP
111 E. Wayne Street, Suite 800
Fort Wayne, IN 46802

**FLEMING, NOLEN & JEZ, L.L.P.**

/s/ Sylvia Davidow
Sylvia Davidow
DC Bar No.  D00163
Karen Beyea-Schroeder
Texas Bar No. 24054324
2800 Post Oak Boulevard, Suite 4000
Houston, TX  77056-6109
Telephone:  (713) 621-7944
Facsimile:  (713) 621-9638
Email:  sylvia_davidow@fleming-law.com
Email:  karen_beyea-schroeder@fleming-law.com
**ATTORNEYS FOR PLAINTIFF**